**Order entered October 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01284-CV

### IN RE SANDRA CRENSHAW, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02008**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and **DENY** relator's motion to stay the proceedings in the trial court. We **ORDER** relator to bear the costs of this original proceeding.


/s/     KERRY P. FITZGERALD
JUSTICE